IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:14-CR-0176-RWS |
| TRAVIS SENTALL ROBINSON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [75] of Magistrate Judge Justin S. Anand. After reviewing the Report and Recommendation and Defendant's Objections [89] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress Evidence [15] and Motion to Suppress Statements [16] are **DENIED**.

**SO ORDERED** this  24th  day of November, 2014.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)