IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL INDICTMENT |
| V. | ) No: 1:14-CR-00176-RWS-JSA-1 |
| | ) |
| TRAVIS SENTALL ROBINSON | ) |

## ORDER

Upon petition by the Defendant, TRAVIS SENTALL ROBINSON, for good cause shown, Defendant's request for extension of the time is HEREBY GRANTED.

The motion is now due January 30, 2017.

SO ORDERED this 30th day of Jan., 2017.

HON. RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

JEFFREY L. ERTEL
Georgia State Bar Number: 249966
FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404/688-7530